IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WANETA K. STORM, Individually and as Personal Representative of the Estate of Terry E. Storm Deceased, | ) ) ) ) ) | 7:06CV5024 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| GOLDEN RULE INSURANCE COMPANY, And Other John Doe Defendants, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WANETA K. STORM, Individually and as Personal Representative of the Estate of Terry E. Storm, Deceased, | ) ) ) ) ) | 7:06CV5025 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| GOLDEN RULE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

These cases have been reassigned to the undersigned magistrate judge for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The joint Rule 16 telephone planning conference will be held with the undersigned on the date previously set, April 5, 2007, but the time is changed from 9:00 a.m. to **11:00** a.m. Plaintiff's counsel shall initiate the call to **402-437-5235.**

DATED this 6th day of February, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge