IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WANETA K. STORM, Individually and as Personal Representative of the Estate of Terry E. Storm Deceased, | )<br>)<br>)<br>)<br>) | 7:06CV5024 |
| Plaintiff, | ) | |
| v. | )<br>) | ORDER |
| GOLDEN RULE INSURANCE COMPANY, And Other John Doe Defendants, | )<br>)<br>)<br>) | |
| Defendant. | ) | |
| WANETA K. STORM, Individually and as Personal Representative of the Estate of Terry E. Storm, Deceased, | )<br>)<br>)<br>)<br>) | 7:06CV5025 |
| Plaintiff, | ) | |
| v. | )<br>) | ORDER |
| GOLDEN RULE INSURANCE COMPANY, | )<br>) | |
| Defendant. | ) | |

   Pursuant to a letter from plaintiff's counsel stating that the parties have reached an agreement to settle these cases and requesting that the matters continue to be stayed until completion of the settlement documentation,

   IT IS ORDERED:

   (1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and provide a draft order which will fully dispose of these cases to the Honorable Richard G. Kopf, United States District Judge.

    (2) Absent compliance with this order, these cases (including all counterclaims and the like) may be dismissed without further notice;

    (3) These cases have been removed from the trial docket upon representation by the parties that the cases have settled.

    (4) These cases are stayed in all other respects.

    DATED this 3rd day of May, 2007.

                            BY THE COURT

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge